IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES POPE**                                                                                   **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 3:21-CV-73-HTW-LGI**

**NURSE UNKNOWN STRONG,
DR. MARTINER, DR.
CHAMBERS, et al.**                                                 **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [**Docket no. 32**]. In her Report and Recommendation, filed on October 5, 2023, Magistrate Judge Isaac recommended that Plaintiff's Complaint [Docket no. 1] be dismissed without prejudice for failure to execute service and prosecute this matter.

Magistrate Judge Isaac directed the parties to file any objections within fourteen (14) days. To date, no objection has been filed.

This court notes that Plaintiff failed to respond to three (3) show cause orders, issued by the Magistrate Judge. Plaintiff further failed to comply with the Local Rules of Civil Procedure, which govern this litigation. Based upon the evidence therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 32]** is hereby **ADOPTED** as the order of this Court.

This Court, accordingly, **DISMISSES** the Plaintiff's Complaint **WITHOUT PREJUDICE**. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 13th day of November, 2023.**

                                                                             **/s/HENRY T. WINGATE**
                                                                             **UNITED STATES DISTRICT COURT JUDGE**